**Order entered February 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01277-CV

**THE DOW CHEMICAL COMPANY, Appellant**

**V.**

**MAGDALENA ADRIENNA ABUTAHOUN, ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC10-07003**

## ORDER

Before the Court is the February 22, 2013 "Unopposed Motion for Extension of Time to File Motion for En Banc Reconsideration" of appellees Magdalena Adrienna Abutahoun, et al. This Court's opinion in this case was issued on February 8, 2013, and appellees' motion for en banc reconsideration was due on February 25, 2013. Appellees request a thirty-day extension of that deadline, to March 27, 2013. No previous extension of that deadline has been requested or granted. Appellees' counsel asserts the extension is needed due to counsel's work load and trial court appearances.

We **GRANT** appellees' February 22, 2013 motion. Appellees shall file their motion for en banc reconsideration no later than March 27, 2013.

/s/    DOUGLAS S. LANG
       JUSTICE